# REMOVAL TO FEDERAL COURT

## STATE COURT RECORD

STATE OF INDIANA

MONTGOMERY COUNTY SUPERIOR COURT 1

54D01-1704-PL-000283

LINDA WALDON  and  STEVE WALDON,

v.

WAL-MART STORES, INC. Store Number 1655

Welcome Debra Shrum :: Account ::

Logout

**62 / 200**

| Indiana | Michigan |

Searching Montgomery County, IN ▼

Billing Code: 19081.0035

welcome    my doxpop    court cases    recorded documents    tax warrants      help

Civil Case Detail    go to advanced search OR   54D01-1704-PL-000283   | Case ID ▼ |   Search

Parties    Calendar    Minutes    Hard Copy References    Financial

## Montgomery County Superior Court 1

Information current as of 6/2/17, 3:27 PM EDT

### 54D01-1704-PL-000283

10 ➕ Add   ▼

### WALDON VS WAL-MART STORES INC.

File date: 04/12/2017   Disposition Date:

Printable View
View CCS

**Parties Involved**

| Attorneys: | Parties: |
|---|---|
| AYERS, JAMES E [Attorney]<br>Address:<br>309 DUBOIS AVE<br>P.O. BOX 874<br>CRAWFORDSVILLE , IN 47933<br><br>Phones:<br>Business (Fax): 765-362-8796<br>Business (Phone): 765-362-2640<br><br>State Bar ID: 2491-54 | WALDON, LINDA [PLAINTIFF]<br><br>WALDON, STEVE [PLAINTIFF] |
| | WAL-MART STORES INC [RESPONDENT]<br>Address:<br>150 WEST MARKET STREET<br>SUITE 800<br>INDIANAPOLIS , IN 46204 |
| AYERS, JAMES E [Attorney]<br>Address:<br>309 DUBOIS AVE<br>P.O. BOX 874<br>CRAWFORDSVILLE , IN 47933<br><br>Phones:<br>Business (Fax): 765-362-8796<br>Business (Phone): 765-362-2640<br><br>State Bar ID: 2491-54 | |
| | BARAJAS, HEATHER L. [Judge]<br>Address:<br>100 E. MAIN ST.<br>CRAWFORDSVILLE , IN 47933 |

**Hardcopy References**

| | |
|---|---|
| **Initial paperwork:** | 4/12/2017 Minute Entry: |
| **CM - Walmart Stores:** | 4/26/2017 |
| **app/ m&o for enlargement:** | 4/28/2017 Minute Entry: |

## Calendar Entries

No calendar entries exist for this case

## Minute Entries

Minute Date: *4/28/2017*
Input Date: *Unavailable*
Notice Sent: YES
Order on File: NO

Lesley Pfleging enters her Appearance on behalf of the defendant and files
Jury Demand, Defendant's Motion for Enlargement of Time to File Responsive
Pleading.
5/1/17 Order entered.  The defendant is granted an enlargment of time
through and including July 4, 2017 in which to answer or otherwise respond

Minute Date: *4/28/2017*
Input Date: *Unavailable*
Notice Sent: YES
Order on File: NO

to plaintiff's complaint.  (Clerk to notify). jr
5/4/17 Notified. cl

Minute Date: *4/12/2017*
Input Date: *Unavailable*
Notice Sent: NO
Order on File: NO

James Ayers enters his Appearance on behalf of the plaintiff and files
Complaint, Plaintiff's 34 Requests for Production to Defendant,
Plaintiff's Interrogatories, to Defendant, and Summons to Walmart Stores,
Inc, to be served by certified mail. jr
4/13/17 Notified. cl

Minute Date: *4/12/2017*
Input Date: *Unavailable*
Notice Sent: NO
Order on File: NO

4/26/17 CM to Walmart Stores Inc. c/o CT Corp. System on 4/18/17. Signed
for by ?

## Financial Information

| Payor | Recipient | Due Date | Description | | | Judgment Amount | Paid |
|---|---|---|---|---|---|---|---|
| **WALDON, LINDA** | | | **AUTOMATED RECORD KEEPING** | | | **$19.00** | **$19.00** |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $19.00 |
| **WALDON, LINDA** | | | **COUNTY COURT COST** | | | **$30.00** | **$30.00** |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $30.00 |
| **WALDON, LINDA** | | | **COURT ADMIN. FEE** | | | **$5.00** | **$5.00** |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $5.00 |
| **WALDON, LINDA** | | | **DOCUMENT STORAGE FEE** | | | **$5.00** | **$5.00** |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $5.00 |
| **WALDON, LINDA** | | | **JUDICIAL INS ADJUST FEE** | | | **$1.00** | **$1.00** |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $1.00 |
| **WALDON, LINDA** | | | **JUDICIAL SALARY FEE** | | | **$20.00** | **$20.00** |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $20.00 |
| **WALDON, LINDA** | | | **PRO BONO LEGAL SERVICES** | | | **$1.00** | **$1.00** |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $1.00 |

| WALDON, LINDA | | | PUBLIC DEFENSE ADMIN. FEE | | | $5.00 | $5.00 |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $5.00 |
| WALDON, LINDA | | | STATE COURT COST | | | $70.00 | $70.00 |
| | | | 4/12/2017 | #3046267 | LOCAL CHECK | | $70.00 |
| *total* | | | | | | *$156.00* | *$156.00* |

● ● ● ■ ■ ■

*The data or information provided is based on information obtained from Indiana Courts, Clerks, Recorders, and Department of Revenue, and is not to be considered or used as an official record. Doxpop, LLC, the Division of State Court Administration, the Indiana Courts and Clerks of Court, the Indiana Recorders, and the Indiana Department of Revenue: 1) Do not warrant that the information is accurate or complete; 2) Make no representations regarding the identity of any persons whose names appear in the information; and 3) Disclaim any liability for any damages resulting from the release or use of the information. The user should verify the information by personally consulting the official record maintained by the court, clerk, recorder or Department of Revenue .*

**Registered User Agreement** :: **Privacy Policy** :: **Privacy and Public Access** :: **Help** **Careers** :: **About Us** :: **Fee Schedule**

Copyright (c) 2002-2017 Doxpop, llc. All Rights Reserved

STATE OF INDIANA        )  IN THE MONTGOMERY SUPERIOR COURT 1
)SS:
COUNTY OF MONTGOMERY )   CAUSE NO. 54D01 1704 PL000 283

LINDA WALDON AND
STEVE WALDON,
     Plaintiffs,

     vs.

WAL-MART STORES, INC.
Store Number 1655

     Defendant.

**FILED**

APR 1 2 2017

Karyn D. Douglas
Montgomery County Clerk Of Courts

## CLERK'S APPEARANCE INFORMATION FORM FOR INIATING PARTY

Party Classification:  Initiating__x__     Responding_____     Intervening_____

1.   The undersigned attorneys and all attorneys listed on this form have appeared in this case for the following party member (s)

     Plaintiffs:   Linda Waldon and Steve Waldon

2.   Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(b) is as follows:

          James E. Ayers
          WERNLE, RISTINE & AYERS
          Attorney No. 2491-54
          309 Dubois Avenue
          P.O. Box 874
          Crawfordsville, Indiana 47933
          Phone: 765-362-2640
          Fax: 765-362-8796

3.   There are other party members: Yes_____ No__X__

4.   Attorney will NOT accept service by FAX.

5.   This case involves support issues. Yes____ No__X__ (If yes, supply social

security numbers for all family members on continuation page).

6.    There are related cases: Yes_____ No__X___

7.    This form has been served on all other parties. Certificate of Service is attached:

    Yes_X_ No_____

8.    Additional information required by local rule : N/A.

                    WERNLE, RISTINE & AYERS

                    By_____
                       James E. Ayers, #2491-54
                       Attorney for Plaintiffs

**SUMMONS**

MONTGOMERY SUPERIOR COURT 1 for the COUNTY of MONTGOMERY
CRAWFORDSVILLE, STATE of INDIANA
CAUSE NO. _____

F.B._____
Page _____

LINDA WALDON AND
STEVE WALDON,

      Plaintiffs,

**54D01 1704 PL000 283**

      vs.

WAL-MART, STORES, INC.
Store Number 1655

      Defendant.

The State of Indiana to the Defendant:    Wal-Mart Stores, Inc.
                                          Store Number 1655
                                          c/o CT CORPORATION SYSTEM
                                          Registered Agent
                                          150 West Market Street, Suite 800
                                          Indianapolis, IN 46204, USA

      A Complaint, which concerns you, has been filed in the court stated above.
This matter concerns you, and the particulars are stated in the Complaint, which is attached to
this document.  It also states the demand, which the Plaintiff has made and wants from you.
      You must answer the Complaint in writing, by you or your attorney, within twenty (20)
days, (twenty-three days if received by mail) commencing the date after you receive the
Complaint and Summons, or judgment will be entered against you for what the Plaintiff has
demanded.
      If you have a claim against the plaintiff arising from the same transaction or occurrence,
you must assert it in your written answer.

Date
APR 1 2 2017

Clerk, Montgomery Superior Court 1 (Seal)

Montgomery County Clerk Of Courts

      The following manner of service of summons is hereby designated: CERTIFIED MAIL

Date_____

Wernle, Ristine & Ayers

By_____
James E. Ayers
309 Dubois Avenue
P. O. Box 874
Crawfordsville, IN 47933
765-362-2640

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of April 2017, I mailed a copy of this summons and a copy of the complaint to the Defendant, by return receipt requested signed by the addressee only, addressed to each of said defendant(s).

Date _____ .          _____

Clerk, Montgomery Superior Court 1 (Seal)

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the __ day of April 2017, and that a copy of return receipt was received on the __ day of April 2017, which copy is attached herewith.

Date _____          _____

Clerk, Montgomery Superior Court 1  (Seal)

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____ day of April 2017, I mailed a copy of this summons and a copy of the complaint to the Defendant, by certified mail, and the same was returned without acceptance this _____ day of April 2017, and I did deliver said summons and copy of complaint to the Sheriff of Montgomery County, Indiana.

Date _____          _____

Clerk, Montgomery Superior Court1 (Seal)

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the _____ day of ___, 2017, a copy of this summons and copy of the complaint to each of the within-named defendant(s).

2.      By leaving on the ___ day of _____, 2017, for each of the within named defendant(s) a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode.

3.      And by mailing a copy of the summons without the complaint to the last known address of defendant(s).

All done in Montgomery County, Indiana.

Fees: $_____          _____

Sheriff of Montgomery County, Indiana

By_____ Deputy

## SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2017.

_____

Signature of Defendant

STATE OF INDIANA          )          IN THE MONTGOMERY SUPERIOR COURT 1
                          )SS:
MONTGOMERY COUNTY )          CAUSE NO. 54D01 1704PL000 283

LINDA WALDON, AND
STEVE WALDON,

     Plaintiffs,

     vs.

WAL-MART STORES, INC.
Store Number 1655

     Defendant.



FILED

APR 1 2 2017

Karyn D. Douglas
Montgomery County Clerk Of Courts

### COMPLAINT

Come now the Plaintiffs, LINDA WALDON, and her husband STEVE WALDON, and

for their cause of action against the Defendant, WAL-MART STORES, INC., Store Number

1655, states as follows:

1.    That the Plaintiffs, LINDA WALDON and STEVE WALDON reside in

Fountain County, Indiana, and have resided there at all times relevant to this Complaint.

2.    WAL-MART at all times relevant to this Complaint was a corporation authorized

to an and doing business in Crawfordsville, Indiana, in its Store Number 1655.

3.    That there and then an unreasonably dangerous condition existed in that one or

more plastic hangers had been dropped on the hard smooth floor and that the Defendant knew of

the hazard of plastic hangers on hard smooth floor and the frequent instance of such hangers

collecting but did not take reasonable steps to clear and clean the area or to provide an

alternate floor surface such as carpet, cork, or another which would resist sliding hangers.

4.    That on or about January 1, 2017, the Plaintiff, Linda Waldon was shopping at

Wal-Mart Store Number 1655, located in Crawfordsville, Indiana. She was unaware of the

unreasonably dangerous condition, and was shopping in the women's apparel department.

While Linda Waldon was browsing the displayed intimate apparel unbeknownst to her there were

plastic hangers on the floor located beneath and around the rack of clothing that the Plaintiff

was examining and the Plaintiff stepped on one of the plastic hangers and her foot slid and

she fell backwards onto the floor. The fall caused injuries to the Plaintiff's back, neck and head

requiring her to seek medical attention for her injuries and which have caused her pain and

impairment and need for ongoing and future medical care.

5.     That the Plaintiff Steve Waldon the spouse of Linda Waldon has suffered loss of

services, love, and companionship because of such injuries and has been required to provide

extraordinary care and services to her.

WHEREFORE, the Plaintiff seeks Judgment against the Defendant, Wal-Mart, Stores,

Inc. for her damages including medical bills, pain and suffering and impairment for her

expenses, costs and for all other relief proper in the premises.


_Linda Waldon_
Linda Waldon

_Steve Waldon_
Steve Waldon

WERNLE, RISTINE & AYERS

By _____
James E. Ayers, #2491-54
Attorney for Plaintiffs
309 Dubois Avenue, P. O. Box 874
Crawfordsville, IN 47933


WERNLE, RISTINE & AYERS
309 Dubois Avenue
P. O. Box 874
Crawfordsville, IN 47933
(765) 362-2640
(765) 362-8796 Facsimile

IN THE MONTGOMERY COUNTY SUPERIOR COURT 1
STATE OF INDIANA

LINDA WALDON  and  STEVE )
WALDON, )
)
Plaintiffs, )  CAUSE NO.:  54D01-1704-P:-000283
)
v. )
)
WAL-MART STORES, INC. Store Number )
1655, )
)
Defendant. )

**FILED**

APR 2'8 2017

Karyn D. Douglas
Montgomery County Clerk Of Courts

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating ____  Responding _X_  Intervening ____

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

   **WAL-MART STORES, INC.**
   **Store Number 1655**

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   **Lesley A. Pfleging**              **Attorney No. 26857-49A**
   **Katherine S. Strawbridge**        **Attorney No. 30123-49**
   **Lynsey F. David**                 **Attorney No. 32594-49**
   LEWIS WAGNER, LLP                   Phone:  (317)  237-0500
   501 Indiana Avenue, Suite 200       Fax:    (317)  630-2790
   Indianapolis, IN  46202             lpfleging@lewiswagner.com
                                       kstrawbridge@lewiswagner.com
                                       ldavid@lewiswagner.com

3.  There are other party members: Yes ____  No _X_ (If yes, list on continuation page.)

4.  *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): __N/A__

5.  I will accept service by fax at the above noted number: Yes ____  No _X_
   Counsel would represent to the court that fax service is acceptable in emergency situations.

6.    This case involves support issues. Yes ____ No _X_ (If yes, supply social security numbers for all family members on continuation page.)

7.    There are related cases. Yes ____ No _X_ *(If yes, list* on continuation page.)

8.    This form has been served on all other parties. Certificate of Service is attached. Yes _X_   No ____

9.    Additional information required by local rule:_____

**LEWIS WAGNER, LLP**

By: _____

LESLEY A. PFLEGING, #26857-49A
KATHERINE S. STRAWBRIDGE, #30123-49
LYNSEY F. DAVID, #32594-49
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, by first class U.S. mail, postage prepaid, on this 28th day of April, 2017:

James E. Ayers
WERNLE, RISTINE & AYERS
309 Dubois Avenue
PO Box 874
Crawfordsville, IN  47933-0874
*Counsel for Plaintiffs*

_____
LESLEY A. PFLEGING

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
kstrawbridge@lewiswagner.com
ldavid@lewiswagner.com

IN THE MONTGOMERY COUNTY SUPERIOR COURT 1

STATE OF INDIANA

LINDA WALDON and STEVE
WALDON,                                    )
                                           )
                                           )
                Plaintiffs,                )   CAUSE NO.:  54D01-1704-P:-000283
                                           )
        v.                                 )
                                           )
WAL-MART STORES, INC. Store Number         )
1655,                                      )
                                           )
                Defendant.                 )

## **JURY DEMAND**

Defendant WAL-MART STORES, INC., by counsel, pursuant to Trial Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully requests that this cause of action be tried by a jury.

LEWIS WAGNER, LLP

By:  _____
LESLEY A. PFLEGING, #26857/49A
KATHERINE S. STRAWBRIDGE, #30123-49
LYNSEY F. DAVID, #32594-49
*Counsel for Defendant*



{0019081/0035/01096557 v1}

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, by first class U.S. mail, postage prepaid, on this 28th day of April, 2017:

James E. Ayers
WERNLE, RISTINE & AYERS
309 Dubois Avenue
PO Box 874
Crawfordsville, IN  47933-0874
*Counsel for Plaintiffs*

_____
LESLEY A. PFLEGING

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:      317-630-2790
lpfleging@lewiswagner.com
kstrawbridge@lewiswagner.com
ldavid@lewiswagner.com



FILED

APR 28 2017

Karyn D. Douglas
Montgomery County Clerk Of Courts

{0019081/0035/01096557 v1}

IN THE MONTGOMERY COUNTY SUPERIOR COURT 1

STATE OF INDIANA

LINDA WALDON and STEVE WALDON,

    Plaintiffs,

  v.

WAL-MART STORES, INC. Store Number 1655,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

CAUSE NO.:  54D01-1704-P:-000283

**F I L E D**

APR 2 8 2017

Karyn J. Douglas
Montgomery County Clerk Of Courts

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant WAL-MART STORES, INC., by counsel, moves the Court for an enlargement of time of thirty (60) days in which to answer or otherwise respond to Plaintiffs' Complaint for Damages, and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint, up to and including July 4, 2017 and in support thereof would show the Court as follows:

  1.  That a responsive pleading is due on or about May 5, 2017 and said time has not expired.

  2.  No prior enlargements of time have been requested.

  3.  Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

4.      Undersigned counsel had reached out to Plaintiff's counsel and has not yet heard back from him.

WHEREFORE, Defendant WAL-MART STORES, INC., by counsel, prays for an additional thirty (60) days in which to answer or otherwise respond to Plaintiffs' Complaint for Damages, and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint, through and including July 4, 2017, and for all other just and proper relief in the premises.

**LEWIS WAGNER, LLP**

By: _____
LESLEY A. PFLEGING, #26857-49A
KATHERINE S. STRAWBRIDGE, #30123-49
LYNSEY F. DAVID, #32594-49
*Counsel for Defendant*



F I L E D
APR 2 8 2017
Karyn D. Douglas
Montgomery County Clerk Of Courts

{0019081/0035/01096539 v1}

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, by first class U.S. mail, postage prepaid, on this 28th day of April, 2017:

James E. Ayers
WERNLE, RISTINE & AYERS
309 Dubois Avenue
PO Box 874
Crawfordsville, IN 47933-0874
*Counsel for Plaintiffs*

LESLEY A. PFLEGING

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:      317-237-0500
Facsimile:      317-630-2790
lpfleging@lewiswagner.com
kstrawbridge@lewiswagner.com
ldavid@lewiswagner.com



FILED

APR 28 2017

Karyn D. Douglas
Montgomery County Clerk Of Courts

{0019081/0035/01096539 v1}

IN THE MONTGOMERY COUNTY SUPERIOR COURT 1

STATE OF INDIANA

| | | |
|---|---|---|
| LINDA WALDON and STEVE WALDON, | ) ) ) | |
| Plaintiffs, | ) ) | CAUSE NO.: 54D01-1704-P:-000283 |
| v. | ) ) | |
| WAL-MART STORES, INC. Store Number 1655, | ) ) ) | |
| Defendant. | ) ) | |

**F I L E D**

MAY 2 2017

Karyn D. Douglas
Montgomery County Clerk Of Courts

## <u>ORDER</u>

Defendant WAL-MART STORES, INC., by counsel, files herein its Motion for Enlargement of Time in which to respond to Plaintiffs' Complaint for Damages and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant WAL-MART STORES, INC. is granted a period of time through and including July 4, 2017 in which to answer or otherwise respond to Plaintiffs' Complaint for Damages and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint.

Dated: 5/2/17

_____
JUDGE, MONTGOMERY COUNTY SUPERIOR COURT 1

Distribution:

Lesley A. Pfleging
Katherine S. Strawbridge
Lynsey F. David
LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202

James E. Ayers
WERNLE, RISTINE & AYERS
309 Dubois Avenue
PO Box 874
Crawfordsville, IN  47933-0874
*Counsel for Plaintiffs*

IN THE MONTGOMERY COUNTY SUPERIOR COURT 1

STATE OF INDIANA

LINDA WALDON and STEVE )
WALDON, )
          )
      Plaintiffs, )    CAUSE NO.: 54D01-1704-PL-000283
          )
    v. )
          )
WAL-MART STORES, INC. Store Number )
1655, )
          )
      Defendant. )

**FILED**
**JUN 28 2017**
Karyn D. Douglas
Montgomery County Clerk Of Courts

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT

Defendant, WAL-MART STORES, INC., by counsel, for its Answer to Plaintiffs' Complaint, states as follows:

1. Defendant admits that Plaintiffs are citizens of the State of Indiana, but is without sufficient information to admit or deny the remaining allegations contained in paragraph 1 of Plaintiffs' Complaint.

2. Defendant admits the allegations contained in paragraph 2 of Plaintiffs' Complaint.

3. Defendant denies the allegations contained in paragraph 3 of Plaintiffs' Complaint.

4. Defendant denies that an unreasonably dangerous condition existed, and is without sufficient information to admit or deny the remaining allegations contained in paragraph 4 of Plaintiffs' Complaint.

5. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 5 of Plaintiffs' Complaint.

WHEREFORE, Defendant, WAL-MART STORES, INC., by counsel, prays that Plaintiffs take nothing by way of their Complaint, for the costs of this action, and all other just and proper relief.

**LEWIS WAGNER, LLP**

By: _____

LESLEY A. PFLEGING, #26857-49A
KATHERINE S. STRAWBRIDGE, #30123-49
LYNSEY F. DAVID, #32594-49
*Counsel for Defendant*

## AFFIRMATIVE DEFENSES

Defendant, WAL-MART STORES, INC., by counsel, in response to Plaintiffs' Complaint, alleges and states the following affirmative defenses:

1. Plaintiffs' claim should be barred or reduced as a result of Plaintiff Linda Waldon's comparative fault, including but not limited to failure to mitigate any incurred risk.

2. Plaintiff, Linda Waldon, incurred or assumed the risk of her alleged injuries and damages and the claims of Plaintiff should be barred or reduced proportionately.

3. Plaintiffs failed to mitigate their damages.

4. For further response to Plaintiffs' Complaint, Defendant specifically reserves the right to introduce into evidence proof of collateral source payments received by or on behalf of the Plaintiff pursuant to the applicable provisions of I.C. 34-44-1-1, et seq., in the event it is subsequently determined that such payments were made and are an appropriate matter for consideration by the jury.

5. Plaintiffs' Complaint fails to state a claim upon which relief can be granted and should be dismissed.

6.   Defendant had neither actual nor constructive notice of an allegedly dangerous condition on its premises, and thus, Plaintiffs cannot establish liability on the part of Defendant.

7.   Some or all of Plaintiff's alleged personal injuries may have been pre-existing or caused by another accident or traumatic event and/or were exacerbated by subsequent incidents.

8.   Some or all of Plaintiff's medical expenses may have been reduced by write-offs, set-offs, and/or adjustments in accordance with *Stanley v. Walker*.

9.   Plaintiff may have been fully or partially compensated for injuries and/or damages by third parties.

10. Defendant hereby reserves the right to assert any additional affirmative defenses, as they may become known through the course of discovery.

**LEWIS WAGNER, LLP**

By: _____

LESLEY A. PFLEGING, #26867-49A
KATHERINE S. STRAWBRIDGE, #30123-49
LYNSEY F. DAVID, #32594-49
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, by first class U.S. mail, postage prepaid, on this 28th day of June , 2017:

James E. Ayers
WERNLE, RISTINE & AYERS
309 Dubois Avenue
PO Box 874
Crawfordsville, IN  47933-0874
*Counsel for Plaintiffs*

KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
kstrawbridge@lewiswagner.com
ldavid@lewiswagner.com