UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA WALDON and STEVE WALDON, | ) ) ) |
| Plaintiffs, | ) CASE NO.:  1:17-cv-03673-JMS-MPB ) |
| v. | ) ) |
| WAL-MART STORES, INC. Store Number 1655, | ) ) ) |
| Defendant. | |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, WAL-MART STORES, INC. Store Number 1655, by counsel, for its Rule 7.1 Corporate Disclosure Statement, states as follows:

Wal-Mart Stores, Inc. is a publicly traded Delaware corporation and has no parent corporation or corporation holding 10% or more of its stock.

**LEWIS WAGNER, LLP**

By:   s/ KATHERINE S. STRAWBRIDGE
LESLEY A. PFLEGING, #26857-49A
KATHERINE S. STRAWBRIDGE, #30123-49
LYNSEY F. DAVID, #32594-49
*Counsel for Defendants*

{0019081/0035/01130234 v1}

CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2017, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

James E. Ayers
WERNLE, RISTINE & AYERS
309 Dubois Avenue
PO Box 874
Crawfordsville, IN  47933-0874
*Counsel for Plaintiffs*

                        s/KATHERINE S. STRAWBRIDGE
                        KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:      317-630-2790
lpfleging@lewiswagner.com
kstrawbridge@lewiswagner.com
ldavid@lewiswagner.com