UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LINDA WALDON, | ) | |
| STEVE WALDON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03673-JRS-MPB |
| | ) | |
| WAL-MART STORES INC., | ) | |
| Store Number 1655, | ) | |
| | ) | |
| Defendant. | ) | |

### Final Judgment

The Court, having determined that Defendant Wal-Mart Stores Inc., Store Number 1655, is entitled to summary judgment on all claims against it now enters final judgment in favor of Defendant Wal-Mart Stores Inc., Store Number 1655 and against Plaintiffs Linda Waldon and Steve Waldon.  Plaintiffs shall take nothing by way of their Complaint, and this action is terminated.

Date: 2/20/2019

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY:
Deputy Clerk, U.S. District Court

Distribution:

James E. Ayers
WERNLE RISTINE & AYERS
ayersj@wralaw.com

Lynsey F. David
LEWIS WAGNER LLP
ldavid@lewiswagner.com

Lesley A. Pfleging
LEWIS WAGNER LLP
lpfleging@lewiswagner.com

Katherine S. Strawbridge
LEWIS WAGNER LLP
kstrawbridge@lewiswagner.com